IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR122** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHNNY TREVINO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion in limine (Filing No. 50) and amended motion in limine (Filing No. 55).

IT IS ORDERED:

1. The Defendant's motion in limine (Filing No. 50) is denied as moot; and

2. The Defendant's amended motion in limine will be heard at the conference held at 8:30 a.m. on the first day of trial.

DATED this 15th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge