IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:08CR122 |
| JOHNNY TREVINO, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    Before the court is defendant's Motion for Bill of Particulars [77]. The government shall file it's response to the motion on or before **May 30, 2008.**

    **IT IS SO ORDERED.**

    DATED this 21st day of May, 2008.

                                                                   BY THE COURT:

                                                                   s/ F.A. Gossett
                                                                   United States Magistrate Judge