IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR122 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHNNY TREVINO, | ) | **O R D E R** |
| | ) | |
| Defendant. | ) | |

Based on the joint oral motion of the Government and the Defendant, and good cause shown,

IT IS HEREBY ORDERED that the material witnesses, Juan Carlos Calzada-Cortez, Jacinto Rodriguez-Lopez, Manuel Fernanado Hernandez-Ayala, Jose Trinidad Berumen-Lopez and Dante Ramirez-Rivera , be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement pursuant to that agency's detainers.

DATED this 3rd day of June, 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge